**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

THE STATE OF MISSOURI, ex rel. )
CATHERINE HANAWAY, in her official )
capacity as Missouri Attorney General, )
)
           Plaintiff, )
v. )      Case No. 4:24-cv-01301-AGF
)
UNITED STATES DEPARTMENT OF )
JUSTICE, )
)
           Defendant. )
)

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report.

1.      Plaintiff filed suit regarding its request under the Freedom of Information Act (FOIA), 5 U.S.C. 552, that they submitted to Defendant for certain information related to the prosecution of Donald Trump. *See* Compl., ECF No. 1.

2.      As previously reported, the parties reached agreements to clarify and narrow the scope of Plaintiff's request. *See, e.g.,* ECF Nos. 8, 19. DOJ's Office of Information Policy (OIP) completed its search for and processing of the potentially responsive records within the agreed-to scope of Plaintiff's request. OIP also referred potentially responsive pages to the Executive Office of U.S. Attorneys (EOUSA) for its direct response to Plaintiff. OIP provided Plaintiff with its final response by letter dated December 5, 2025. Then, on June 1, 2026, EOUSA provided its final response letter to Plaintiff for the pages referred to it by OIP.

3.      The parties expect to confer before the next joint status report filing to discuss whether there are any ongoing disputes as to Defendant's response to Plaintiff's request.

4.      The schedule in this case calls for the parties to submit a joint status report every sixty (60) days, *see* Order, ECF 7, and so the next status report is due on September 22, 2026.

1

DATED: July 24, 2026                    Respectfully submitted,


                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ELIZABETH J. SHAPIRO
                                        Deputy Branch Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Olivia R. Hussey Scott*
                                        Olivia R. Hussey Scott
                                        Senior Counsel
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: 202-616-8491
                                        Email: Olivia.Hussey.Scott@usdoj.gov

                                        *Counsel for Defendant*

                                        **CATHERINE L. HANAWAY**
                                        Missouri Attorney General

                                        Andrew J. Crane, #68017
                                        Deputy Chief Counsel for
                                        Government Affairs

                                        */s/ Matthew J. Tkachuk*
                                        Matthew J. Tkachuk, #74874
                                        Assistant Attorney General

                                        OFFICE OF THE ATTORNEY GENERAL
                                        FOR THE STATE OF MISSOURI
                                        P.O. Box 899
                                        Jefferson City, MO 65102
                                        Tel: (573) 751-8345
                                        Fax: (573) 751-0774
                                        Email: Andrew.Crane@ago.mo.gov
                                        Email: Matthew.Tkachuk@ago.mo.gov

                                        *Attorneys for Plaintiff*

2