**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| THE STATE OF MISSOURI, ex rel. CATHERINE HANAWAY, in her official capacity as Missouri Attorney General,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br>Defendant. | ) | Case No. 4:24-cv-01301-AGF |

## JOINT STATUS REPORT

The parties, by counsel, respectfully submit this Joint Status Report.

1. Plaintiff filed suit regarding its request under the Freedom of Information Act (FOIA), 5 U.S.C. 552, that they submitted to Defendant for certain information related to the prosecution of Donald Trump. *See* Compl., ECF No. 1.

2. As previously reported, the parties reached agreements to clarify and narrow the scope of Plaintiff's request. *See, e.g.,* ECF Nos. 8, 19. DOJ's Office of Information Policy (OIP) completed its search for and processing of the potentially responsive records within the agreed-to scope of Plaintiff's request. OIP also referred potentially responsive pages to the Executive Office of U.S. Attorneys (EOUSA) for its direct response to Plaintiff. OIP provided Plaintiff with its final response by letter dated December 5, 2025. Then, on June 1, 2026, EOUSA provided its final response letter to Plaintiff for the pages referred to it by OIP.

3. The parties have conferred regarding next steps in this case. As part of those discussions, Plaintiff has requested additional information from OIP and OIP is still considering the request and intends to confer with Plaintiff on next steps in the next two weeks.

4. The schedule in this case calls for the parties to submit a joint status report every sixty (60) days, *see* Order, ECF 7, and so the next status report is due on January 22, 2027.

DATED: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Olivia R. Hussey Scott*
Olivia R. Hussey Scott
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-616-8491
Email: Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendant*

**CATHERINE L. HANAWAY**
Missouri Attorney General

Andrew J. Crane, #68017
Deputy Chief Counsel for
Government Affairs

*/s/ Matthew J. Tkachuk*
Matthew J. Tkachuk, #74874
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF MISSOURI
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-8345
Fax: (573) 751-0774
Email: Andrew.Crane@ago.mo.gov
Email: Matthew.Tkachuk@ago.mo.gov
*Attorneys for Plaintiff*